**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01260-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**FELIX GUZMAN RIVADENEIRA**,

      Plaintiff,

v.

[NO DEFENDANTS NAMED],

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      Plaintiff has submitted to the court a complaint under the Civil Rights Act, 42 U.S.C. § 1983.  Because Plaintiff apparently intends to seek some sort of relief in this court, this civil action has been commenced.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the complaint is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  If Plaintiff does not intend to pursue a civil action in this court, he should advise the court of that fact and the instant action will be dismissed.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___    is not submitted
(2)    _XX_  is missing affidavit
(3)    _XX_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    _XX_  is missing certificate showing current balance in prison account
(5)    _XX_  is missing required financial information
(6)    _XX_  is missing authorization to calculate and disburse filing fee payments

(7) ___   is missing an original signature by the prisoner
(8) _XX_   is not on proper form (must use the court's current form)
(9) ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) _xx_   other: <u>motion and supporting documents are necessary only if fees totaling $350.00 are not paid in advance</u>.

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) _XX_   is not on proper form
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ___
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other: _____.

Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that the Clerk of Court shall send Plaintiff a copy of the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Court-approved Prisoner Civil Rights Form, along with the applicable instructions. It is

**FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 7, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge